IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRAN HAMILTON, | No. C 13-2718 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CHAPLIN CHRISTINE MCNAMARA; C.O. RAMOS; CAPTAIN GAMBOR; A. W. WILSON; C.D.C.R., | |
| Defendants. / | |

Pursuant to the order of dismissal, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: July   24  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE