IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRAN HAMILTON,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAPLIN CHRISTINE MCNAMARA; C.O. RAMOS; CAPTAIN GAMBOR; A. W. WILSON; C.D.C.R.,<br><br>    Defendants. | No. C 13-2718 WHA (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: July  24 , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE